NATURAL RESOURCES DEFENSE COUNCIL

June 28, 2017

**Via ECF**

Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10017

Re:   *Natural Resources Defense Council v. U.S. Environmental Protection Agency* et al., 17-cv-751 (JPO)

Dear Judge Oetken:

Pursuant to this Court's June 14, 2017, Order, *see* ECF No. 27, we submit this joint letter on behalf of the parties in the above-referenced litigation. On June 14, 2017, EPA published the final rule entitled "Effluent Limitations Guidelines and Standards for the Dental Category," 82 Fed. Reg. 27,154 (June 14, 2017), which the agency had withdrawn in January 2017 from the Office of the Federal Register prior to publication. Accordingly, there are no further issues that need to be resolved in this case. The parties will submit a stipulation of voluntary dismissal to the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by the end of this week.

Respectfully submitted,

/s/ Margaret T. Hsieh
Margaret T. Hsieh
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Phone: (212) 727-4652
Fax: (415) 795-4799
mhsieh@nrdc.org

Aaron Colangelo
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Phone: (202) 289-2376
Fax: (415) 795-4799
acolangelo@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By:  /s/ *Andrew E. Krause*
ANDREW E. KRAUSE
Assistant United States Attorney
Telephone: 212-637-2769
Facsimile: 212-637-2786
E-mail:  andrew.krause@usdoj.gov

*Attorneys for Defendants*

www.nrdc.org

40 West 20th Street
New York, NY 10011
TEL (212) 727-2700
FAX (415) 795-4799

WASHINGTON, D.C.* SAN FRANCISCO * LOS ANGELES * CHICAGO * BEIJING